**Fill in this information to identify the case:**

United States Bankruptcy Court for the

District of Utah, Central Division
                        (State)

Case number (*If known*): __17-_____    Chapter 11

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy      12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**          VidAngel, Inc.

2. **All other names debtor used in the last 8 years**          VidAngel, VidAngel Studios

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN)     4 6 – 5 2 1 7 4 5 1

4. **Debtor's address**

   **Principal place of business**

   295 W Center Str.
   Number     Street

   Provo, UT 84601
   City              State    ZIP Code

   Utah County
   County

   **Mailing address, if different from principal place of business**

   Number     Street

   P.O. Box

   City              State    ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number     Street

   City              State    ZIP Code

5. **Debtor's website** (URL)     www.vidangel.com

6. **Type of debtor**
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

---

Official Form 201     Voluntary Petition for Non-Individuals Filing for Bankruptcy     page 1

Debtor  VidAngel, Inc._____    Case number (*if known*)___17-_____
       Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

5  1  2  1

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check all that apply*:

  ☒ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☒ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No
☐ Yes.  District _____  When _____  Case number _____
                                              MM / DD / YYYY
        District _____  When _____  Case number _____
                                              MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☒ No
☐ Yes.  Debtor _____  Relationship _____
        District _____  When _____
                                                               MM / DD / YYYY
        Case number, if known _____

Debtor  VidAngel, Inc.  Case number (*if known*)  17-_____
      Name

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

❑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

❑ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

❑ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

❑ It needs to be physically secured or protected from the weather.

❑ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

❑ Other _____

**Where is the property?** _____
      Number      Street

_____

_____
City                                State     ZIP Code

**Is the property insured?**

❑ No
❑ Yes. Insurance agency _____
      Contact name _____
      Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.
❑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

❑ 1-49
❑ 50-99
❑ 100-199
❑ 200-999

❑ 1,000-5,000
❑ 5,001-10,000
❑ 10,001-25,000

❑ 25,001-50,000
❑ 50,001-100,000
☒ More than 100,000

**15. Estimated assets**

❑ $0-$50,000
❑ $50,001-$100,000
❑ $100,001-$500,000
❑ $500,001-$1 million

☒ $1,000,001-$10 million
❑ $10,000,001-$50 million
❑ $50,000,001-$100 million
❑ $100,000,001-$500 million

❑ $500,000,001-$1 billion
❑ $1,000,000,001-$10 billion
❑ $10,000,000,001-$50 billion
❑ More than $50 billion

| Debtor | VidAngel, Inc. | Case number (if known) | 17- |
|---|---|---|---|
| | Name | | |

**16. Estimated liabilities**
- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☒ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    10/18/2017
               MM / DD / YYYY

X _____    Neal Harmon
Signature of authorized representative of debtor    Printed name

Title    Chief Executive Officer

**18. Signature of attorney**

X  /s/J. Thomas Beckett            Date   10/26/
Signature of attorney for debtor          MM / DD / YYYY

J. Thomas Beckett
Printed name

Parsons Behle & Latimer
Firm name

One Utah Center, 201 S. Main St., Suite 1800
Number    Street

Salt Lake City                       UT         84111
City                                 State      ZIP Code

801.532.1234                         BRothschild@parsonsbehle.com
Contact phone                        Email address

5587                                 UT
Bar number                           State

# ACTION BY UNANIMOUS WRITTEN CONSENT
# OF THE BOARD OF DIRECTORS
# OF
# VIDANGEL, INC.

The undersigned, constituting all of the members of the Board of Directors (the "**Board**") of **VIDANGEL, INC.**, a Delaware corporation (the "**Company**"), pursuant to Section 141(f) of the Delaware General Corporation Law, hereby adopt, by unanimous written consent, the resolutions attached hereto as **Annex I**.

This Action by Unanimous Written Consent may be executed electronically and in one or more counterparts and shall be filed with the minutes of the proceedings of the Board.

**IN WITNESS WHEREOF**, the undersigned have executed this Action by Unanimous Written Consent effective as of the 17th day of October, 2017.

_____
PAUL AHLSTROM

_____
NEAL HARMON

_____
DALTON WRIGHT

4841-2492-6545v2

# ANNEX I

# RESOLUTIONS
# OF THE BOARD OF DIRECTORS OF
# VIDANGEL, INC.

**APPROVAL OF CHAPTER 11 BANKRUPTCY FILING**

**WHEREAS**, the Board has reviewed in detail the financial, legal, and operational status of the Company and has determined it to be in the best interest of the Company and its owners to seek relief under Chapter 11 of Title 11 of the United States Code (the "***Bankruptcy Code***") by filing a case (the "***Chapter 11 Case***") in the United States Bankruptcy Court for the District of Utah (the "***Bankruptcy Court***").

**NOW, THEREFORE, BE IT RESOLVED**, that Neal Harmon and Liz Ellis, as the CEO and COO, respectively, of the Company (the "***Authorized Officers***"), be and hereby are authorized, directed, and empowered to petition for relief under Chapter 11 of the Bankruptcy Code by filing the Chapter 11 Case with the Bankruptcy Court and to take such actions as may be necessary to accomplish the foregoing Chapter 11 Case;

**RESOLVED FURTHER**, that the Authorized Officers be, and hereby are, authorized and directed, on behalf of the Company, to retain (1) the law firm of Parsons Behle & Latimer to represent the Company, as lead counsel, in connection with the Chapter 11 Case, upon such terms and conditions as the Authorized Officers shall approve, and (2) Rocky Mountain Advisory as its financial advisor in connection with the Chapter 11 Case, upon such terms and conditions as the Authorized Officers shall approve;

**RESOLVED FURTHER**, that the Authorized Officers and the other current duly appointed officers of the Company are hereby authorized and directed to do all such other acts, as may be necessary, required, appropriate, or convenient in order to cause the Company to carry out and complete all of its duties and obligations in accordance with the foregoing resolutions and to carry out fully the intent of the foregoing resolutions;

**RESOLVED FURTHER**, that the Authorized Officers and the other current duly appointed officers of the Company be, and hereby are, authorized, empowered, and directed, for and on behalf of the Company to execute and deliver such pleadings, agreements, instruments, certificates, and other documents as the Authorized Officers may deem necessary or appropriate to effectuate the filing under Chapter 11 of the Bankruptcy Code and the reorganization of the Company under Chapter 11, all in such form and upon such terms as the Authorized Officers shall approve, the approval and execution by the Authorized Officers of any such documents or items to evidence conclusively the approval thereof by the Company;

**RESOLVED FURTHER**, that all acts and actions taken by the Authorized Officers and any other current duly appointed officer of the Company prior to the date hereof with respect to the foregoing be, and hereby are, in all respects confirmed, approved, and ratified; and

1

4841-2492-6545v2

**RESOLVED FURTHER**, that the Authorized Officers be, and hereby are, authorized to employ other special counsel, financial advisors, accountants, and other professionals as they deem necessary and appropriate to represent, assist, or consult with the Company in connection with the Chapter 11 Case, and other counsel to assist the Company, as necessary, with other matters.