J. Thomas Beckett, USB #5587
Brian M. Rothschild, USB #15316
**PARSONS BEHLE & LATIMER**
201 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: 801.532.1234
Facsimile: 801.536.6111
TBeckett@parsonsbehle.com
BRothschild@parsonsbehle.com
ecf@parsonsbehle.com

*Proposed Attorneys for VidAngel, Inc.*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| In re: | Case No. 17-29073 |
|---|---|
| VIDANGEL, INC., | Chapter 11 |
| Debtor. | Judge Kevin R. Anderson |

**ATTACHMENT TO VOLUNTARY PETITION FOR NON-INDIVIDUALS FILING FOR BANKRUPTCY UNDER CHAPTER 11 Official Form 201A (12/15)**

VidAngel, Inc., the above-captioned debtor and debtor-in-possession (the "**Debtor**" or "**VidAngel**") hereby represents as follows:

1. The Debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934. The Debtor's SEC file number is 24R-00040

2. The following financial data is the latest available information and refers to the Debtor's condition on September 28, 2017:

    a. Total assets:      $8,656,132

    b. Total debts:       $5,892,873

 c. Debt securities held by more than 500 holders: <u>None.</u>

 d. Number of shares of preferred stock: <u>None.</u>

 e. Number of shares of common stock:

| Type | Number of Shares | Number of Holders |
|---|---|---|
| Class A | 18,008,908 | 17 |
| Class B | 3,313,002 | 7,979 |
| Class A Options | 1,211,136 | 44 |

A. **Overview of the Debtor and Its Business.**

3. The Debtor is the worldwide leader in video filtering technology. The Debtor's services allow its subscribers to filter potentially objectionable content (such as profanity, nudity, and violence) in motion pictures (including television shows) and stream such content for its subscribers' private viewing. The Debtor is also an original content provider, and it provides a streaming service to view the content it produces. The Debtor's services give subscribers and their families choice over the content they view and share with their families.

B. **Control Persons**

The following persons directly or indirectly own, control, or hold, with power to vote, 5% or more of the voting securities of the Debtor:

Harmon Ventures, LLC

Alta Ventures Mexico Fund I, LP

Osborn Companies, LC

Kickstart Seed Fund II, LP

*__I, Neal Harmon, hereby declare, under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.__*

4844-9027-5409v1

DATED this 19 day of October, 2017.

*[signature]*

Neal Harmon
Chief Executive Officer
VidAngel, Inc.

4844-9027-5409v1