**Fill in this information to identify the case and this filing:**

Debtor Name: VidAngel, Inc.

United States Bankruptcy Court for the: _____   District of Utah (State)

Case number (If known): 17-29073

## Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
- ☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- ☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ☐ Schedule H: Codebtors (Official Form 206H)
- ☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- ☐ Amended Schedule ____
- ☒ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 10/19/2017
MM / DD / YYYY

 X _____
Signature of individual signing on behalf of debtor

Neal Harmon
Printed name

Chief Executive Officer
Position or relationship to debtor

Official Form 202      Declaration Under Penalty of Perjury for Non-Individual Debtors

Fill in this information to identify the case:

Debtor name: VidAngel, Inc.

United States Bankruptcy Court for the: District of Utah (State)

Case number (If known): 17-29073

☐ Check if this is an amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | American Express PO Box 650448 Dallas, TX 75265-0448 | 1-800-528-4800 | Money loaned | | | | $186,351 |
| 2 | Capital Premium Financing 12235 S. 800 E. Draper, UT 84020 | | Insurance pre-payment financing | | | | $38,000 |
| 3 | Databank Holdings, LTD PO Box 732200 Dallas, TX 75373 | | Data hosting services contract | | | | $75,000 |
| 4 | Excel Entertainment 57 W South Temple Salt Lake City, UT 84101 | Arthur VanWagenen avanwagenen@deseretbook.com | Licensing Fees | | | | $80,000 |
| 5 | Fig Real Estate Holdings, LLC 295 W Center St. Provo, UT 84601 | Steven Bond steve@fig.us | Real Property Lease | | | | $30,000 |
| 6 | Lightstream Managed Services, LLC 208 North 2100 West, Suite 200 Salt Lake City, UT 84116 | Jordan Walker 1-877-955-4448 jordan.walker@ltstream.com | Cloud hosting service provider | | | | $115,200 |
| 7 | Veracity Networks, LLC 170 W Election Rd, Ste 200 Draper, UT 84020 | 1-800-240-4008 | Internet Services | | | | $9,600 |
| 8 | Zion's First National Bank PO Box 26424 Salt Lake City, UT 84126-0424 | 1-800-974-8800 | Credit card | | | | $2,000 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1